# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pension Benefit Guaranty Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AAY LLC,<br><br>Defendant. | No. CV-20-00652-PHX-SMB<br><br>**DEFAULT JUDGMENT** |

The Court having reviewed the Motion for Default Judgment (Doc. 14) of Plaintiff Pension Benefit Guaranty Corporation ("PBGC") against Defendant, AAY LLC d/b/a Chloe's Corner, as Plan Administrator of the AAY LLC Defined Benefit Plan ("AAY"), and the supporting Memorandum, and the Clerk having entered a Default with respect to AAY on June 17, 2020, and good cause having been shown therefore,

**IT IS HEREBY ORDERED** that a judgment by default is entered in favor of PBGC under Fed. R. Civ. P. 55(b)(2).

**IT IS FURTHER ORDERED** that the AAY LLC Defined Benefit Plan (the "Plan") is terminated pursuant to 29 U.S.C. § 1342(c).

**IT IS FURTHER ORDERED** that PBGC is appointed as statutory trustee of the Plan under 29 U.S.C. § 1342(c).

**IT IS FURTHER ORDERED** that July 31, 2016 is established as the termination date of the Plan under 29 U.S.C. § 1348(a)(4).

**IT IS FURTHER ORDERED** that AAY or any other person having possession, custody, or control of any records, assets, or other property of the Plan shall transfer, convey, and deliver all such records, assets, and property to PBGC.

Dated this 16th day of September, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge